IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHERYL LEE-OWENS,

               Plaintiff,

   v.

THE SCHOOL DISTRICT OF
PHILADELPHIA,

               Defendant.

CIVIL ACTION
NO. 16-4648

## ORDER

**AND NOW**, this 7th day of June 2018, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 44); Plaintiff's Opposition to the Motion (Doc. No. 50); Defendant's Reply to Plaintiff's Opposition (Doc. No. 57); and Plaintiff's Sur-Reply (Doc. No. 69), and in accordance with the Opinion of the Court issued on this day, it is **ORDERED** that Defendant's Motion for Summary Judgment (Doc. No. 44) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Summary judgment is **DENIED** on Count I of the First Amended Complaint (Doc. No. 34).

2. Summary judgment is **GRANTED** on Count III of the First Amended Complaint (Doc. No. 34).

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.