# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHERYL LEE-OWENS,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| vs. | : | **NO. 16-4648** |
| | : | |
| **SCHOOL DISTRICT OF PHILADELPHIA** | : | |
| | : | |
| Defendant | : | |

## **JUDGMENT**

**AND NOW**, this 22nd day of March, 2019, judgment is hereby entered in favor of Defendant School District of Philadelphia, and against Plaintiff Cheryl Lee-Owens, in the amount of $4,370.90.

 

KATE BARKMAN
Clerk of Court

By:   s/ Terry Milano
Deputy Clerk